# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
|  | : |  |
| v. | : | NO. 18-576-2 |
|  | : |  |
| JARRETT COBB | : |  |

## ORDER

**AND NOW**, this 3rd day of August 2022, upon considering Defendant's Motion for a reduced sentence through compassionate release (ECF Doc. No. 488), finding no extraordinary and compelling reasons warranting a sentence reduction and Congress's sentencing factors counsel against release, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 488) is **DENIED**.

_____
**KEARNEY, J.**